IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACOB BARNES,

    Plaintiff,

v.

UNIVERSITY OF WISCONSIN
HOSPITALS AND CLINICS and
UNIVERSITY OF WISCONSIN
MEDICAL FOUNDATION CLINICS,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-714-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Jacob Barnes' federal claims with prejudice for failure to state a claim upon which relief can be granted.  Plaintiff's state law claims are dismissed without prejudice for lack of subject matter jurisdiction.

| /s/ | 1/21/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |